IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA
CIVIL DIVISION

ADB REAL ESTATE HOLDINGS, LLC
ALEXANDER DEGANCE BARNETT PA

    Plaintiffs,

vs.                                      CASE NO.:16-2022-CA-006474-XXXX-MA

NATIONWIDE INSURANCE COMPANY
OF AMERICA

    Defendant

_____/

## AMENDED COMPLAINT

Plaintiffs, ADB REAL ESTATE HOLDINGS, LLC and ALEXANDER DEGANCE BARNETT PA (collectively "ADB") by and through their undersigned counsel, sue the Defendant, NATIONWIDE INSURANCE COMPANY OF AMERICA ("Nationwide"). ADB files this Amended Complaint to add the necessary party, co-Plaintiff Alexander DeGance Barnett PA. Alexander DeGance Barnett PA was inadvertently excluded from the original Complaint, filed on November 8, 2022. The Amended Complaint shall relate back to the date of the original Complaint when the claim asserted arose out of the same conduct, transaction, or occurrence set forth in the initial pleading. Fla. R. Civ. Pro. 1.190(c); Kopel v. Kopel, 229 So. 3d 812 (Fla. 2017). In support, ADB states as follows:

### GENERAL ALLEGATIONS

1. This is an action for breach of contract wherein the Plaintiffs, ADB, seek damages exceeding Thirty Dollars ($30,000), exclusive of fees and costs.

2. ADB are Florida corporations located at 1500 Riverside Ave., Jacksonville, FL 32204.

3. At all times material to this cause of action the Defendant, was and is a corporation in the business of insurance, and conducting business in Jacksonville, Duval County, Florida, and throughout the State of Florida.

## BREACH OF CONTRACT

4. Plaintiffs purchased a Property Policy of insurance from Nationwide, which insured ADB's property located at 1500 Riverside Avenue, Jacksonville, FL 32204. A copy of the policy was attached to the original Complaint as "Exhibit A" and is hereby incorporated by reference.

5. ADB has paid all premiums on said policy, and the policy was in full force and effect at all relevant times herein.

6. On or about January 10, 2021 ADB reported discovered damage to its property located at 1500 Riverside Avenue, Jacksonville, FL 32204.

7. The damage to ADB's property was a covered loss under the subject policy as it had been caused by water and termite consumption.

8. ADB made application for insurance benefits under the policy and Defendant/Insurer, Nationwide, denied coverage for the loss and has failed/refused to properly pay benefits to which ADB is entitled for its loss.

9. ADB has complied with all conditions precedent to obtaining payment and bringing all causes of action, including but not limited to Florida Statute §627.70152, alleged in this Complaint or Nationwide has waived or is estopped from asserting the same.

10. Nationwide has breached its insurance contract by denying the claim and failing to pay all of the aforementioned benefits due and owing under the policy.

11. ADB has suffered damages in excess of $250,000 as a result of not having benefits paid pursuant to the insurance policy.

12. Nationwide's conduct has caused ADB to retain legal counsel to represent its interests in this cause. As such, Defendant, Nationwide, is liable to pay reasonable attorney's fees pursuant to Florida Statute §§627.428 and 627.70152.

WHEREFORE, Plaintiffs, ADB Real Estate Holdings, LLC, and Alexander DeGance Barnett PA demand judgment against the Defendant, Nationwide, Insurance Company of America, for an amount exceeding Thirty-Thousand Dollars ($30,000), exclusive of costs, interest, pre-judgment interest, attorney's fees and costs, and all other relief deemed just and appropriate by this Court, and Plaintiffs respectfully requests a jury trial.

DATED this 4th day of January, 2023

        ADB Real Estate Holdings, LLC
        Alexander DeGance Barnett PA
        Plaintiffs,

By: _____
    Andrew P. Ketterer, Esq.
    Florida Bar # 0074620

Ketterer & Ketterer
215 Federal Point Road
E. Palatka, FL  32131
Ph: (904) 242-6020
Fx: (207) 634-2801
andrew@kettererlaw.com
melody@kettererlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of January, 2023, a true and correct copy of the foregoing was served via the e-filing portal on THOMAS A. KELLER, ESQ., D. GRAYSON KELLY, ESQ., VIVIANA SALETNIG, ESQ. of BUTLER WEIHMULLER KATZ CRAIG LLP, 400 N. Ashley Drive, Suite 2300, Tampa, Florida 33602, tkeller@butler.legal; gkelly@butler.legal; vsaletnig@butler.legal and hcaraballo@butler.legal;.

_____
Andrew P. Ketterer, Esquire